## THE STATE, Plaintiff, vs. GROH, Defendant.

*February 13—March 9, 1926.*

*Automobiles: Drunken drivers: Penalty.*

Questions certified as to the statute governing the penalty for a drunken automobile driver, and the power of the court to prohibit such a person from driving a motor vehicle, answered in accordance with the decision in *Degutes v. State, ante,* p. 435.

REPORTED from the municipal court of Milwaukee county: GEORGE A. SHAUGHNESSY, Judge.

Plaintiff in error was found guilty by a jury of having driven an automobile on the public streets of Milwaukee while intoxicated. Before imposing sentence the trial court certified the following questions to this court, pursuant to the provisions of sec. 358.08 of the Statutes:

I. Should a defendant, convicted for the first time of the offense of operating an automobile upon a public highway of this state while intoxicated, be sentenced under the provisions of section 343.182, Wis. Stats. 1925, or section 85.22 (1), Wis. Stats. 1925?

II. May such defendant also be prohibited from driving any motor vehicle of any kind for a period of not more than one year under the provisions of section 85.22 (4), Wis. Stats. 1925?

For the plaintiff there was a brief by the *Attorney General, Eugene Wengert,* district attorney of Milwaukee county, *George A. Bowman,* special assistant district attorney, and *C. Stanley Perry,* assistant district attorney; and the cause was argued orally by *Mr. Bowman* and *Mr. Perry.*

STEVENS, J. The questions here presented were considered and determined in *Degutes v. State, ante,* p. 435, 207 N. W. 948.

*By the Court.*—The first question certified is answered

that sentence should be imposed under sec. 343.182 of the Statutes.

The second question is answered Yes.